UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DUGDALE,

    Plaintiff,                                  No. 18-10896

v.                                                Honorable Nancy G. Edmunds

DITECH FINANCIAL, LLC,

    Defendant.
_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
DUE TO DEFENDANT'S BANKRUPTCY FILING**

Plaintiff's pro se complaint, asserting a breach of contract claim against Defendant, was transferred to this Court from the United States District Court for the District of Columbia on March 19, 2018. (Dkt. 1.) In February of 2019, Defendant filed two notices with the Court, indicating that it had commenced voluntary bankruptcy proceedings under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Case No. 19-10412 (JLG)), and that an automatic stay of proceedings is in place applicable to actions brought against Defendant, including the present matter, pursuant to 11 U.S.C. § 362, except to the extent the stay was modified on a limited basis as set forth in an interim order issued by the bankruptcy court. (Dkts. 24, 25.)

Accordingly, it is ORDERED that this matter is STAYED.

It is further ORDERED that this case is CLOSED for administrative purposes without prejudice because Defendant is involved in a bankruptcy case in which a stay of proceedings is in effect. This closing does not constitute a decision on the merits.

It is further ORDERED that if the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then this case may be reopened upon the motion of any party.

SO ORDERED.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: March 7, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2019, by electronic and/or ordinary mail.

                                         s/Lisa Bartlett
                                         Case Manager